## MATTHEWS v. BUCHANAN.

Court of Appeals of Kentucky.
April 17, 1951.

## WHEELER v. WHEELER
(two cases).

Court of Appeals of Kentucky.
April 17, 1951.

Arthur (Watermelon) Matthews, pro se.
A. E. Funk, Atty. Gen. W. Owen Keller, Asst. Atty. Gen., for appellee.

CULLEN, Commissioner.

The judgment in the lower court, denying the petition of Arthur (Watermelon) Matthews for a writ of habeas corpus to secure his release from the penitentiary, was entered on December 5, 1950. The appeal was filed in this Court on January 25, 1951. Under section 429-1 of the Criminal Code of Practice, an appeal in a habeas corpus proceeding must be filed within 10 days after